Civil Action No.     3:10-cv-13797-DRH-PMF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     BAYER HEALTHCARE PHARMACEUTICALS INC.

was received by me on *(date)*         .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                                    ; or

☒ Other *(specify)*:    Certified Mail, Return Receipt Requested, upon the following representative:

SOP Department, Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, Delaware 19808

My fees are $         for travel and $         for services, for a total of $         .

I declare under penalty of perjury that this information is true.

Date: April 12, 2011

*Server's signature*

KELTON JONN / OF COUNSEL
*Printed name and title*

*Server's address*

Gooch Law Firm, 440 Louisiana, Suite 900, Houston, Texas 77002

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7007 2560 0003 2430 0308

| | |
|---|---|
| Postage | $ $2.92 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $8.02 |

Sent To: Bayer HealthCare Pharmaceuticals Inc.
Street, Apt. No.; or PO Box No.: 50p Department Corporation Service Company Suite 400  2711 Centerville Road
City, State, ZIP+4: Wilmington, DE 19808

WILMINGTON DE 19808

Postmark Here: JAN 2 - 2011  RICH HILL STATION

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Bayer Health Care Pharmaceuticals Inc.
   SOP Department
   Corporation Service Company
   Suite 400
   2711 Centerville Road
   Wilmington, DE 19808

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7007 2560 0003 2430 0308

Sent To: Bayer Health Care Pharmaceuticals Inc.
Street, Apt. No.; or PO Box No.: SOP Department Corporation Service Company Suite 400 2711 Centerville Road
City, State, ZIP+4: Wilmington, DE 19808

PS Form 3800, August 2006    See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gooch Law Firm
440 Louisiana
Suite 900
Houston, Tx. 77002
c/o Kelton C. Tonn



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0003 2430 0308**
Expected Delivery Date: **February 1, 2011**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
    **Return Receipt**
Status: **Delivered**

Your item was delivered at 8:40 am on January 31, 2011 in WILMINGTON, DE 19808.

Detailed Results:
* **Delivered, January 31, 2011, 8:40 am, WILMINGTON, DE 19808**
* **Arrival at Unit, January 31, 2011, 8:25 am, WILMINGTON, DE 19808**
* **Acceptance, January 28, 2011, 5:59 pm, HOUSTON, TX 77057**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Track & Confirm
Enter Label/Receipt Number.



Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA      

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Burkey Condio  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Bayer Health Care Pharmaceuticals Inc.<br>SOP Department<br>Corporation Service Company<br>Suite 400<br>2711 Centerville Road<br>Wilmington, DE 19808 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 2560 0003 2430 0308 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |