AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    3:10-cv-13797-DRH-PMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BAYER SCHERING PHARMA AG
was received by me on *(date)*                        .

☐ I personally served the summons on the individual at *(place)*
                                                                         on *(date)*                  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                            , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                         on *(date)*                  ; or

☐ I returned the summons unexecuted because                                                    ; or

☒ Other *(specify)*:    By Registered Mail, Return Receipt Requested, upon the following representative:
Eva Gardyan-Eisenlohr
Head of Law & Patents
Bayer Schering Pharma AG
Müllerstrasse 178
D-13353 Berlin
Germany

My fees are $            for travel and $            for services, for a total of $            .

I declare under penalty of perjury that this information is true.

Date: April 12, 2011

*Server's signature*

Kenton Toms / of Counsel
*Printed name and title*

*Server's address*

Gooch Law Firm, 440 Louisiana, Suite 900, Houston, Texas 77002
Additional information regarding attempted service, etc:


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA77 0561 063U S**
Class: **First-Class Mail International**
Service(s): **Registered Mail**™
          **Return Receipt**
Status: **International Dispatch**

Your item left the United States from ISC NEW YORK NY(USPS) at 10:55 am on February 06, 2011. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:
- **International Dispatch, February 06, 2011, 10:55 am, ISC NEW YORK NY(USPS)**
- **Arrival**
- **Acceptance, January 28, 2011, 5:58 pm, HOUSTON, TX 77057**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust    Inspector General Promoting Integrity

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    Page 1 of 2

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Gooch Law Firm
c/o Kelton C. Tonn

Street and Number (Rue et no.)
440 Louisiana, Suite 900

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port

City, State, and ZIP + 4® (Localité et code postal)
Houston, Texas 77077

UNITED STATES OF AMERICA                Etats-Unis d'Amérique

PS Form 2865, March 2007        *Avis de réception*        CN07 (Old C5)

---

Registered No.                                    Date Stamp

| Reg. Fee | |
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by | |

To Be Completed By Post Office

Customer Must Declare Full Value $    Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Gooch Law Firm
440 Louisiana Ste. 900
Houston, Tx. 77077
c/o Kelton C. Tonn

TO:
Bayer Schering Pharma AG
Eva Gaurdyan-Eisenlohr

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $11.50 | | | 0066 |
| Handling Charge | $0.00 | Return Receipt | $2.30 | |
| Postage | $8.84 | Restricted Delivery | $0.00 | 01/08/11 |
| Received by | M.A | | | |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**FROM:**
GOOCH LAW FIRM
440 LOUISIANA Ste. 900
Houston, Tx. 77077
c/o KELTON C. TONN

**TO:**
Bayer Schering Pharma AG
Eva Gardyan-Eisenlohr
Müllerstrasse 178, D-13353
Berlin Germany

PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**UNITED STATES POSTAL SERVICE®**

*Administration des Postes des Etats-Unis d'Amérique*

**Return Receipt for International Mail**
*(Registered™, Insured and Express Mail®)*

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

*Par Avion*



Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*
Gooch Law Firm
c/o Keller C. Tom
Street and Number *(Rue et no.)*
440 Louisiana, Suite 900
City, State, and ZIP + 4® *(Localité et code postal)*
Houston, Texas 77___

UNITED STATES OF AMERICA    Etats-Unis d'Améri

PS Form 2865, March 2007    *Avis de réception*    CN07 (C

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Insured Parcel (Colis avec valeur déclarée) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Express Mail International |
|---|---|---|---|---|---|---|

Insured Value (Valeur déclarée) | Article Number RA770541063US

Office of Mailing (Bureau de dépôt) Rich Hill 72057

Date of Posting (Date de dépôt) 1-28-2011

Addressee Name or Firm (Nom ou raison sociale du destinataire) BAYER SCHERING PHARMA AG

Street and No. (Rue et No.) Müllerstrasse 178 D-13353 Berlin/Germany

Place and Country (Localité et pays)

(A remplir par le bureau d'origine.) Completed by the office of origin.

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if the employee of the office of destination. This signed form will be returned to the sender by the first mail, those regulations so provide, by the employee of the office of destination.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date 12-2-11

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

(A compléter à destination.) Completed at destination.

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775