UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH-PMF ) ) )  MDL No. 2100 ) |

**This Document Relates To:**

*Erin Martino v. Bayer HealthCare Pharmaceuticals Inc., et al.*        No. 10-cv-13797-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on February 5, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:**  February 6, 2014

Digitally signed by David R. Herndon
Date: 2014.02.06 10:41:50 -06'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**